# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| **JULIE A. SU,** : | |
| Plaintiff, : | |
| : | Civ. No. 1:23-cv-0627 |
| v. : | |
| : | (Judge Conner) |
| **JONESTOWN RD CHICKEN LLC,** : | |
| **ET AL.,** : | (Magistrate Judge Bloom) |
| Defendants. : | |

---

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Julie A. Su and Defendants Jonestown Rd Chicken LLC and Tom Rudzenski have reached an agreement that will resolve the claims alleged in the above-captioned action. The parties are finalizing settlement and expect to file a proposed consent judgement for the Court's consideration within forty-five (45) days.

Respectfully submitted,

**Counsel for Defendants**

Lewis Brisbois Bisgaard & Smith LLP

By: */s/ Joseph A. McGuire*
Eric J. Bronstein, Esq.
Adam E. Collyer, Esq.
550 E. Swedesford Road, Suite 270
Wayne, PA 19087
(215) 977-4060
Eric.Bronstein@lewisbrisbois.com
Adam.Collyer@lewisbrisbois.com

135137925.1

        Joseph A. McGuire, Esq.
One PPG Place, 28th Floor
Pittsburgh, PA 15222
(412) 752-7256
Joseph.McGuire@lewisbrisbois.com

DATED:  January 24, 2024

## **CERTIFICATE OF SERVICE**

I, Joseph McGuire, Esquire, hereby certify that, on this date, I caused the foregoing to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic Filing constituting service of the filed document upon all counsel of record.

*/s/ Joseph McGuire*
Joseph McGuire

DATED:  January 24, 2024

135137925.1