IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JULIE A. SU,** **Acting Secretary of Labor,** | : CIVIL ACTION NO. 1:23-CV-627 |
| | : |
| | : (Judge Conner) |
| **Plaintiff** | : |
| | : |
| v. | : |
| | : |
| **JONESTOWN RD CHICKEN LLC** and **TOM RUDZENSKI**, | : |
| | : |
| | : |
| **Defendants** | : |

## **ORDER**

AND NOW, this 1st day of March, 2024, upon consideration of the government's correspondence (Doc. 45) apprising the court that, notwithstanding the notice of settlement (Doc. 43) filed by defendants on January 24, 2024, this matter has not yet settled, but that the parties are still in the process of negotiating a proposed consent judgment, and that the government will fill a motion to approve the consent judgment "[i]f and when an agreement is reached," (see Doc. 45 at 1), it is hereby ORDERED that the Clerk of Court shall reopen this matter.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania