IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIE SU, ACTING SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | : <br> : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | : Civil Action No. 1:23-cv-00627 <br> : <br> : (Judge Conner) <br> : <br> :  (Magistrate Judge Bloom) <br> : |
| JONESTOWN RD CHICKEN, ET AL., | : <br> : |
| Defendants. | : |

## MOTION TO APPROVE AND ENTER CONSENT JUDGMENT

The Acting Secretary of Labor, of the United States Department of Labor, hereinafter referred to as "Plaintiff" or "the Acting Secretary," moves this Court to Approve and Enter the Consent Judgment agreed to by Plaintiff and Jonestown Rd Chicken, LLC and Tom Rudzenski, (collectively "Defendants").

In support thereof, the Acting Secretary represents that the parties have reached an agreement for the purpose of settling the above-referenced matter with regard to Defendants.  The terms of this agreement, which resolve all claims raised in the Complaint, by the Plaintiff, against Defendants for the relevant time period, are set forth in the attached Consent Judgment signed by the parties.

WHEREFORE, for the reasons set forth above, the Secretary respectfully request that the Court enter the Consent Judgment attached hereto.

Respectfully submitted,

| MAILING ADDRESS: | UNITED STATES DEPARTMENT OF LABOR |
|---|---|
| U.S. Department of Labor<br>Office of the Regional Solicitor<br>U.S. Department of Labor<br>Office of the Regional Solicitor<br>201 12th Street South, Suite 401<br>Arlington, VA 22202<br>(202) 693-9337 (voice)<br>(202) 693-9392 (fax)<br>demougeot.isabella.c@dol.gov | Seema Nanda<br>Solicitor of Labor<br><br>Samantha N. Thomas<br>Acting Regional Solicitor<br><br>Channah S. Broyde<br>Associate Regional Solicitor<br><br>Adam F. Welsh<br>Regional Counsel for Wage & Hour<br><br>/s/ *Isabella C. Demougeot*<br>Isabella C. Demougeot<br>Trial Attorney<br>Fed Bar # 19022<br><br>Attorneys for Plaintiff |

Date: May 13, 2024

2